372 A.2d 848

Commonwealth v. Raichle, Appellant.

Argued March 23, 1977. Lenard H. Sigal, for appellant; James A. Cunningham, Assistant District Attorney, and William T. Nicholas, District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded for resentencing.